# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

American Electric Power Service Corporation as fiduciary of the American Electric Power System Comprehensive Medical Plan

*Plaintiff*

v.

John K. Fitch, as administrator of the Estate of John D. Fitch and Glori Fitch

*Defendant*

)
)
)
)
)

Civil Action No. 2:21-cv-682

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 12/2/2021. The Fitches' Moiton to Dismiss is GRANTED. THis case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 12/02/2021

CLERK OF COURT

Christi M. Werr

*Signature of Clerk or Deputy Clerk*